PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
8:18-cr-186-SDM-TGW

DOCKET NUMBER *(Rec. Court)*
3:23-cr-00100-001/MCR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Jeffrey Fitzgerald<br>[redacted]<br>Valparaiso, Florida 32580 | Middle District of Florida | Tampa | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Steven D. Merryday | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/16/2023 | TO<br>10/15/2028 |

OFFENSE

Conspiracy to Possess with the Intent to Distribute and to Distribute 500 Grams or More of Methamphetamine Mixture

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 30th, 2023 — *Date*

[signature] — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/4/23 — *Effective Date*

M. Casey Rodgers — *United States District Judge*