CLOSED, CUSTODY, PLED, SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:18-cr-00186-SDM-TGW-1

Case title: USA v. Fitzgerald et al

Date Filed: 04/17/2018

Date Terminated: 10/19/2018

---

Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Thomas G. Wilson

**Defendant (1)**

**Jeffrey Fitzgerald**
*TERMINATED: 10/19/2018*

represented by

**Jeffrey Fitzgerald**
70376-018
EDGEFIELD
PO Box 725
Edgefield, SC 29824
PRO SE

**Alec Fitzgerald Hall**
Federal Public Defender's Office
Suite 2700
400 N Tampa St
Tampa, FL 33602-4726
813/228-2715 Ext. 126
Fax: 813/228-2562
Email: Alec_Hall@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Sara Lenore Mieczkowski**
Federal Public Defender's Office
Suite 2700
400 N Tampa St
Tampa, FL 33602-4726
813-228-2715
Fax: 813-228-2562
Email: sara_mieczkowski@fd.org
*TERMINATED: 04/23/2018*
*LEAD ATTORNEY*

*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | IMPRISONMENT--ninety-two months; SUPERVISED RELEASE--sixty months; FINE--waived; SPECIAL ASSESSMENT--$100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Michael M. Gordon**
DOJ-USAO
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813-274-6370
Email: michael.gordon3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2018 | 1 | INDICTMENT returned in open court as to Jeffrey Fitzgerald (1) count 1, Paul Rice (2) count 1. (DG) (Entered: 04/18/2018) |
| 04/18/2018 | | Arrest of Jeffrey Fitzgerald on 4/18/18 (LYB) (Entered: 04/18/2018) |
| 04/18/2018 | 4 | ***CJA 23 Financial Affidavit by Jeffrey Fitzgerald (LYB) (Entered: 04/18/2018) |
| 04/18/2018 | 5 | Minute Entry for proceedings held before Magistrate Judge Christopher P. Tuite: Initial Appearance as to Jeffrey Fitzgerald held on 4/18/2018, ARRAIGNMENT as to Jeffrey Fitzgerald (1) Count 1 held on 4/18/2018 Defendant(s) pled not guilty, Detention |

| | | |
|---|---|---|
| 04/18/2018 | 6 | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jeffrey Fitzgerald. By Magistrate Judge Christopher P. Tuite on 4/18/2018. (LYB)** (Entered: 04/18/2018) |
| 04/18/2018 | 7 | **ORDER OF DETENTION PENDING TRIAL as to Jeffrey Fitzgerald. Signed by Magistrate Judge Christopher P. Tuite on 4/182018. (LYB)** (Entered: 04/19/2018) |
| 04/19/2018 | 8 | Arrest Warrant Returned Executed on 4/18/2018 as to Jeffrey Fitzgerald. (DG) (Entered: 04/19/2018) |
| 04/19/2018 | 10 | **PRETRIAL discovery order and notice as to Jeffrey Fitzgerald. Jury Trial set for trial term commencing 6/4/2018 before Judge Steven D. Merryday. Joint Status Report due on or before the tenth of each month. Signed by Magistrate Judge Thomas G. Wilson on 4/19/2018. (DMS)** (Entered: 04/19/2018) |
| 04/20/2018 | 11 | NOTICE OF ATTORNEY APPEARANCE: Alec Fitzgerald Hall appearing for Jeffrey Fitzgerald *and Substitution of Counsel* (Hall, Alec) (Entered: 04/20/2018) |
| 05/10/2018 | 18 | STATUS REPORT *for May 2018* by USA as to Jeffrey Fitzgerald (Gordon, Michael) (Entered: 05/10/2018) |
| 06/04/2018 | 21 | **ORDER granting the 20--motion to continue the trial. Jury trial scheduled for the August 2018 trial calendar in Tampa Courtroom 15A before Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 6/4/2018. (GSO)** (Entered: 06/04/2018) |
| 06/29/2018 | 22 | PLEA AGREEMENT re: count(s) One of the Indictment as to Jeffrey Fitzgerald (Gordon, Michael) (Entered: 06/29/2018) |
| 07/13/2018 | 24 | NOTICE OF HEARING as to Jeffrey Fitzgerald: Change of Plea Hearing set for 7/25/2018 at 11:00 AM in Tampa Courtroom 12A before Magistrate Judge Thomas G. Wilson. (DMS) (Entered: 07/13/2018) |
| 07/20/2018 | 25 | **TRIAL CALENDAR for August 2018 trial term. Signed by Judge Steven D. Merryday on 7/20/2018. (GSO)** (Entered: 07/20/2018) |
| 07/25/2018 | 26 | CONSENT regarding entry of a plea of guilty as to Jeffrey Fitzgerald. (DMS) (Entered: 07/25/2018) |
| 07/25/2018 | 27 | CONSENT to institute presentence investigation report as to Jeffrey Fitzgerald. (DMS) (Entered: 07/25/2018) |
| 07/25/2018 | 28 | Minute Entry for proceedings held before Magistrate Judge Thomas G. Wilson: Change of Plea Hearing as to Jeffrey Fitzgerald held on 7/25/2018. (DIGITAL) (DMS) (Entered: 07/25/2018) |
| 07/25/2018 | 30 | **REPORT AND RECOMMENDATION concerning Plea of Guilty re count One of the Indictment as to Jeffrey Fitzgerald. Signed by Magistrate Judge Thomas G. Wilson on 7/25/2018. (DMS)** (Entered: 07/25/2018) |
| 08/15/2018 | 34 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count one of the indictment as to Jeffrey Fitzgerald signed by Judge Steven D. Merryday on 8/15/2018. See document for important notice and date and time of sentencing. (BK) (Entered: 08/15/2018) |

| | | |
|---|---|---|
| 10/11/2018 | 58 | SENTENCING MEMORANDUM by Jeffrey Fitzgerald (Hall, Alec) (Entered: 10/11/2018) |
| 10/12/2018 | 59 | MINUTE ENTRY for 10/12/2018 sentencing of Jeffrey Fitzgerald before Judge Steven D. Merryday. The hearing is continued. Court Reporter: Bill Jones (GSO) (Entered: 10/12/2018) |
| 10/12/2018 | 60 | NOTICE OF RESCHEDULING HEARING: The sentencing of Jeffrey Fitzgerald previously scheduled for 10/12/2018 is rescheduled for 10/18/2018 at 10:00 AM in Tampa Courtroom 15A before Judge Steven D. Merryday. (BK) (Entered: 10/12/2018) |
| 10/16/2018 | 64 | SENTENCING MEMORANDUM by Jeffrey Fitzgerald (Hall, Alec) (Entered: 10/16/2018) |
| 10/18/2018 | 65 | MINUTE ENTRY for 10/18/2018 sentencing of Jeffrey Fitzgerald (1) before Judge Steven D. Merryday; granting the 57--motion to recognize defendant's substantial assistance pursuant to Rule 5k1.1; count one, IMPRISONMENT--ninety-two months; SUPERVISED RELEASE--sixty months; FINE--waived; SPECIAL ASSESSMENT--$100. Court Reporter: Bill Jones (GSO) (Entered: 10/18/2018) |
| 10/19/2018 | 66 | **JUDGMENT as to Jeffrey Fitzgerald (1); count one, IMPRISONMENT--ninety-two months; SUPERVISED RELEASE--sixty months; FINE--waived; SPECIAL ASSESSMENT--$100. Signed by Judge Steven D. Merryday on 10/18/2018. (GSO)** (Entered: 10/19/2018) |
| 02/23/2021 | 76 | MOTION for compassionate release by Jeffrey Fitzgerald. (Attachments: # 1 Exhibit, # 2 Mailing Envelope)(MCB) (Entered: 02/23/2021) |
| 02/26/2021 | 77 | RESPONSE in Opposition by USA as to Jeffrey Fitzgerald re 76 MOTION for compassionate release (Attachments: # 1 Exhibit 1, SENTRY Public Information, # 2 Exhibit 2, SENTRY Disciplinary History, # 3 Exhibit 3, Placeholder for Medical Records, # 4 Exhibit 4, Placeholder for Medical Records, # 5 Exhibit 5, SENTRY Care Level, # 6 Exhibit 6, Care Level Classification Guide)(Gordon, Michael) (Entered: 02/26/2021) |
| 03/02/2021 | | Sealed Documents S-78 to S-80 (MCB) (Entered: 03/02/2021) |
| 03/04/2021 | 81 | **ORDER denying 76--motion by Jeffrey Fitzgerald(1) for a reduction of sentence/compassionate release; denying construed moton for home confinement. Signed by Judge Steven D. Merryday on 3/4/2021. (BK)** (Entered: 03/04/2021) |
| 12/01/2023 | | NOTICE to Northern District of Florida of a Transfer of Jurisdiction Prob-22 as to Jeffrey Fitzgerald. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (BGR) (Entered: 12/01/2023) |

FILED

2018 APR 17 PM 2:09

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:18cr186T23TGW
21 U.S.C. § 846

JEFFREY FITZGERALD and
PAUL RICE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about January 5, 2017, and continuing through on or about April 26, 2017, in the Middle District of Florida, and elsewhere, the defendants,

JEFFREY FITZGERALD and
PAUL RICE,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A).

**FORFEITURE**

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 or 841, as alleged in Count One, the defendants, JEFFREY FITZGERALD and PAUL RICE, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of their rights, titles and interests in:

a. any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any act or omission of either defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

A TRUE BILL,

[redacted]

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: ______________________
Michael Gordon
Assistant United States Attorney

By: ______________________
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
April 18

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

Jeffrey Fitzgerald and Paul Rice

**INDICTMENT**

Violations: 21 U.S.C. § 846

A true bill,

[redacted]

Foreperson

Filed in open court this 17th day

of April 2018.

______________________
Clerk

Bail $____________________

GPO 863 525

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

JEFFREY FITZGERALD

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 8:18-cr-186-T-23TGW
USM NUMBER: 70376-018

Defendant's Attorney: Alec Hall, AFPD

The defendant pleaded guilty to count one of the indictment.

The defendant is adjudicated guilty of this offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846 | Conspiracy to possess with the intent to distribute and to distribute 500 grams or more of methamphetamine mixture | April 26, 2017 | One |

The defendant is sentenced as provided in pages two through seven of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant must notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material changes in his economic circumstances.

Date of Imposition of Judgment: October 18, 2018

[signature]

**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

October 18th, 2018

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ninety-two months**.

X The court recommends confinement at FCI Coleman, Florida, and participation in the Residential Drug Abuse Program (RDAP).

X The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district.

__ at __ a.m./p.m. on __.
__ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

__ before 2 p.m. on __.
__ as notified by the United States Marshal.
__ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________
at ______________________, with a certified copy of this judgment.

______________________
United States Marshal

By:______________________
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **sixty months**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ___ The above drug testing condition is suspended, based on the courts determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ___ You must make restitution in accordance with 18 U.S.C. §§3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. _X_ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ___ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ___ You must participate in an approval program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature ______________________________ Date ____________________

## SPECIAL CONDITION OF SUPERVISION

The defendant must participate in a substance abuse program, follow the probation officer's instructions with respect to the program, contribute to the cost of the program in accord with the applicable sliding scale, and submit to random drug testing.

Defendant: JEFFREY FITZGERALD
Case No.: 8:18-cr-186-T-23TGW



## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTAL | $100 | n/a | waived | n/a |

__ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

__ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|

**TOTALS**

_ Restitution amount ordered pursuant to plea agreement $ ____________.

_ The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 7 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

_ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

_ the interest requirement is waived for the ___ fine ___ restitution.

_ the interest requirement for the ___ fine ___ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. _X_ Lump sum payment of **$100** due immediately

___ not later than _________________, or
___ in accordance with __ C, __ D, __ E, or __ F below; or

B. __ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. __ Payment in equal ___________ *(e.g., weekly, monthly, quarterly)* installments of $ _______ over a period of _____ *(e.g., months or years)*, to commence _______ days *(e.g., thirty or sixty days)* after the date of this judgment; or

D. __ Payment in equal _________ *(e.g., weekly, monthly, quarterly)* installments of $ _______ over a period of _________, *(e.g., months or years)* to commence __________ *(e.g. thirty or sixty days)* after release from imprisonment to a term of supervision; or

E. __ Payment during the term of supervised release will commence within ______________ *(e.g., thirty or sixty days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. __ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

___ Joint and Several

_ The defendant shall pay the cost of prosecution.
_ The defendant shall pay the following court cost(s):
_ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.